```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

**LISHAN WANG,**
      **Plaintiff,**

   v.                                              **CASE NO. 3:13-cv-296(AVC)**

**LEO C. ARNONE, et al.,**
      **Defendants.**

### ORDER

The plaintiff is hereby notified that the U.S. Marshal cannot serve the Complaint on Captain "Pat" from Walker Correctional Institution until he identifies the last name of this defendant. Nor can the U.S. Marshal serve the Complaint on the defendant identified as the Warden of Garner Correctional Institution. The plaintiff shall have 90 days from the date of this order to conduct discovery and file a notice identifying defendant Captain Pat's last name and the first and last name of defendant Warden at Garner Correctional Institution.

If the plaintiff fails to file such notice within the time specified, the claims against Captain Pat and the Warden at Garner will be dismissed without further notice from the Court pursuant to Rule 4(m), Fed. R. Civ. P., and the case will proceed only as to the claims as set forth in paragraph 1 on page 6 of the Initial Review Order against defendants Arnone, Weir, Murphy, Morales, Weglaz, Yekel and Shook.

SO ORDERED at Hartford, Connecticut this 9th day of August, 2013.

>/s/ Thomas P. Smith
> **THOMAS P. SMITH**
> **UNITED STATES MAGISTRATE JUDGE**