# U.S. District Court
# District of Connecticut

| | |
|---|---|
| Lishan Wang, Plaintiff | : |
| | : Complaint |
| v. | : Civil Action No. 3:13-cv-00296-JCH |
| | : (Amended Complaint) |
| Arnone et al. Defendants | : Date: July 5ˢᵗ, 2017 |
| John Patz, Captain | |
| Nathan Lewis, Lieutenant | |
| Wayne Corriveau, Lieutenant | |
| Scott Salius, Captain | |
| M. Mcfadden, Nurse | |
| Yekel, Correction Officer | |
| Joann Tuttle, Dentist | |

## I. Jurisdiction & Venue

1, This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff 's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The U.S. District Court, District of Connecticut is an appropriate venue under 28 U.S.C. Section 1391 (b) (2) because it is where the events giving rise to this claim occurred.

## II. Plaintiff

3. Plaintiff, Lishan Wang, is and was at all times mentioned herein a prisoner of the State of Connecticut in the custody of the Connecticut Department of Corrections. He is currently (by 09/22/2017) confined in Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457.

## III. Defendants

Please Go To Back ⇨ P2

4. Defendant Captain John Patz, was a Correction Officer (CO) at Walker Correction Institution (WCI) of Connecticut Department of Corrections who, at all times mentioned in this complaint, held the rank of Captain and was assigned to WCI. He had retired now. Mailing address:

5. Defendant Nathan Lewis, Lieutenant, is a Correction Officer (CO) at Walker Correction Institution (WCI) of Connecticut Department of Corrections who, at all times mentioned in this complaint, held the rank of Lieutenant and was assigned to WCI. *Mailing address*: Walkerl Correction Institution (WCI), 1153 East Street South, Suffield, CT 06080.

6. Defendant Scott Salius is a Correction Officer (CO) at Walker Correction Institution (WCI) of Connecticut Department of Corrections who, at all times mentioned in this complaint, held the rank of Captain and was assigned to WCI.. *Mailing address*: Walker Correction Institution (WCI), 1153 East Street South, Suffield, CT 06080.

7. Defendant M. Mcfadden is a Nurse at MacDougall Correction Institution (MCI) of Connecticut Department of Corrections who, at all times mentioned in this complaint, is a nurse assigned to MCI. *Mailing address*: MacDougall Correction Institution (MCI), 1153 East Street South, Suffield, CT 06080.

8. Defendant Yekel (full name not available) is a Correction Officer (CO) at MacDougall Correction Institution (MCI) of Connecticut Department of Corrections who, at all times mentioned in this complaint, held the rank of CO and was assigned to MCI. *Mailing address*: MacDougall Correction Institution (MCI), 1153 East Street South, Suffield, CT 06080.

9. Defendant Joann Tuttle, is a dentist at MacDougall Correction Institution (MCI) of Connecticut Department of Corrections who, at all times mentioned in this complaint, is a dentist assigned to MCI. *Mailing address*: MacDougall Correction Institution (MCI), 1153 East Street South, Suffield, CT 06080.

10. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## IV. FACTS

### The Use of Excessive Force

11. On March 8, 2011, the plaintiff did NOT feel like to see a psychiatrist at Walker Correction Institution (WCI). The C2 Unit at WCI Captain John Patz called a group of correction officers (CO) to the dwelling cell of the Plaintiff. Lt. Nathan Lewis had maced the plaintiff with pepper spray (OC agent). After they had restrained the plaintiff physically, Lt. Wayne Corriveau had twisted the plainitff's arms and hands to the extreme. When they transported the plaintiff from WCI to MCI, Captain Scott Salius had damaged the plaintiff's nerve by twisting the handcuffs and said to the plaintiff that "This is what we do to the person who has his own idea". *In his Incident Report, Captain Salius had pointed out Lt. Nathan Lewis did NOT follow Administrative Directive 6.5 before macing Plaintiff, while Captain Salius did NOT report that he himself had damage plaintiff's nerve by squeezing the handcuffs into the flesh of the plaintiff wrists.* At MCI

medical clinic, Nurse M. McFadden had neglected the obvious injury the plaintiff had suffered and falsely declared that the plaintiff did not have injury and those injuries are "normal". The plaintiff's body had suffered and developed extensive redness, swelling, and damage to the nerve of left hand.

### Deliberately Indifference to Medical & Dental Needs

12. The plaintiff had been suffering from toothache, cavities, and gum disease most of time in 2013. On July 28, August 8, and August 20, 2013, the plaintiff had requested repeatedly for dental care because of the pain in left jaws and difficulty chewing, eating food because of the pain. No response from dental or medical clinic.

13, One notion from MCI dental clinic was: DOC does NOT provide dental care to the "unsentenced inmates".

14. However, from July 8, 2013 to July 24, 2013, dental clinic at Northern CI had told the plaintiff differently. Obviously, dental clinic at MCI had been indifferent to the plaintiff's medical needs. From February 2013 to April 2013, plaintiff had requested dental care at MCI. On March 25, 2013 the plaintiff was seen by the Dentist Joann Tuttle. She told Plaintiff that "the dentist" was not available. She looked at the plaintiff's teeth and scheduled another appointment when "the dentist was back".

15. On April 15, 2013, the plaintiff had written another request for dental care. On April 24, 2013, the plaintiff was called to the dentist office. Initially, an assistant informed the plaintiff that plaintiff had been seen by the "dentist" on March 25, 2013 and she advised that there was NO need for the plaintiff to be seen again. The assistant asked the plaintiff to leave. The plaintiff explained to the assistant that the lady on March 25, 2013 had said that she was NOT a dentist and she would have a dentist looked at the plaintiff when the dentist was back. The assistant insisted that the lady on March 25, 2013 was a real dentist and that there was no cavity in the plaintiff's teeth, and that the plaintiff did not need to be seen again by the dentist. Eventually, the "real" dentist who was in the same room all the time had started to talk and instructed the assistant to take x-ray on the plaintiff's left jaws. With x-ray picture, the dentist (NOT Joann Tuttle) had found that there was a big cavity in a molar tooth and prescribed pain medicine for the plaintiff. The dentist had repeated the same notion that DOC did NOT provide dental care to the "unsentenced in mates". The tooth eventually had to be pulled out in December 2013.

### Retaliation or abuse from Correction Officer Yekel

16, Correction Officer Yekel had once refused at first and then delayed to open the typewriting room for plaintiff as a means to punish plaintiff because he had filed complaint.

### V. EXHAUSTION OF LEGAL REMEDIES

17, Plaintiff Lishan Wang had tried to use the prisoner grievance procedure available at MCI and WCI to try to solve the problem. After he was harmed by the excessive force, he had reported it

please Go To Back ⇨ P4

to Chinese Embassy which had called DOC. He had repeatedly sent requests to be seen by dentist. He had sent grievance to the Warden regarding other issues in the original complaints.

## VI. LLEGAL CLAIMS

18, Plaintiff realleges and incorporated by reference paragraphs 1-17.

19. The excessive use of force by the officers mentioned above and deliberately indifferent to plaintiff's medical need had violated the plaintiff's 8th Amendment Right.

20, Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VII  PRAYER for RELIEF

Wherefore, PLAINTIFF respectfully prays that this court enter judgment granting plaintiff:

21. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

22. A preliminary and permanent injunction ordering defendants stop mistreating the plaintiff.

23. Compensatory damages in the amount $100,000.00 against each defendant, jointly and severally.

24. Punitive damages in the amount of $100,000.00 against each defendant.

25. A jury trial on all issues triable by jury.

26. Plaintiff's cost in this suit.

27. Any additional relief this court deems just, proper, and equitable.

Dated: __July 5th__ 2017
Respectfully submitted, __LW__

Lishan Wang, at Whiting Forensic Institute, Middletown, CT 06457

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Whiting Forensic Institute, Middletown, CT 06457 on __July 5th__ 2017

Signature __LW__, Lishan Wang, Plaintiff

CERTIFIATION

This is to certify that a copy of this letter and/or motion has been sent to the following addresses on __July 5th__, 2017

TO: 1. Hon. Judge Janet C. Hall
       *c/o Office of the Clerk*
       U.S. District Court
       141 Church Street
       New Haven, Connecticut 06510

    2. Mr. Steven Strom
       Assistant Attorney General
       Defendants' Counsel
       110 Sherman Street
       Hartford, CT 06105

From: Mr. Lishan Wang, Plaintiff
       Case# 3:13-cv-296-JCH
       Whiting Forensic Institute, Unit#2
       Connecticut Valley Hospital
       70 O'Brien Drive
       Middletown, CT 06457

Signature: _____
Data: __July 5th__, 2017

Date: July 5, 2017

From: Mr. Lishan Wang, Plaintiff

      Whiting Forensic Institute, Unit#2

      Connecticut Valley Hospital

      70 O'Brien Drive

      Middletown, CT 06457

TO:  Hon. Judge Janet C. Hall

      *c/o Office of the Clerk*

      U.S. District Court

      141 Church Street

      New Haven, Connecticut 06510

RE:  Amended Complaint

      1. Case# 3:13-cv-00296-JCH

         Lishan Wang v. Arnone, et al (DOC)

Dear Hon. Judge Hall,

Enclosed please find a copy of the *amended complaint*. Plaintiff has NOT received names of the dentists from defendants' counsel yet.

The plaintiff's address remains as being indicated above until *September 21, 2017*.

Thank you very much for your attention.

Respectfully,

*[signature]*

Lishan Wang, Plaintiff

Encl.