## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISHAN WANG, | : | DOCKET NO.: 3:13-CV-296 (JCH) |
| Plaintiff, | : | |
| vs. | : | |
| LEO ARNONE, et al., | : | |
| Defendants. | : | SEPTEMBER 5, 2017 |

### JOINT STATUS REPORT

In accordance with Judge Robert A. Richardson's order at the status conference held on August 1, 2017 (ECF No. 121), the parties submit this joint status report.

Plaintiff's counsel met with Plaintiff on August 2, 2017, for one hour (the maximum time permitted by the Whiting Forensic Division facility on that day). At the time of the meeting, Plaintiff's counsel had not yet received Plaintiff's medical and dental records or video of the March 2011 incident that is one of the subjects of this lawsuit. Defendants' counsel has since produced the medical and dental records and the video to Plaintiff's counsel.

Plaintiff's counsel has scheduled a meeting with Plaintiff for September 13, 2017, to discuss whether settlement discussions would be productive. After that meeting, Plaintiff's counsel will confer with Defendants' counsel about the prospects of holding a settlement conference and will communicate any settlement demand that Plaintiff is prepared to make.

Defendants' counsel has a jury trial before Judge Stefan R. Underhill during the week of September 18, 2017. Given this and other conflicts that the parties' counsel have during September, the parties propose that they be given until September 29, 2017, to inform Judge Richardson whether they believe that holding a settlement conference would be productive.

-2-

| | |
|---|---|
| PLAINTIFF, <br> LISHAN WANG | DEFENDANTS <br> Leo Arnone et. al. |
| By  */s/ Erick M. Sandler* <br>    Stanley A. Twardy, Jr. <br>    satwardy@daypitney.com <br>    Erick M. Sandler <br>    emsandler@daypitney.com <br>    Kaitlin A. Canty <br>    kcanty@daypitney.com <br>    Day Pitney LLP <br>    242 Trumbull Street <br>    Hartford, CT  06103-1212 <br>    (860) 275-0100 (telephone) <br>    (860) 275-0343 (fax) | GEORGE JEPSEN <br> ATTORNEY GENERAL <br><br> By:  */s/ Steven R. Strom* <br>    Steven R. Strom <br>    Assistant Attorney General <br>    110 Sherman St. <br>    Hartford, CT 06105 <br>    Fed Bar. No. ct01211 <br>    Tel. 860-808-5450 <br>    Fax 860-808-5591 <br>    Email: steven.strom@ct.gov |

## **CERTIFICATION**

I hereby certify that on September  5, 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

 */s/ Steven R. Strom*
Steven R. Strom
Assistant Attorney General