UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISHAN WANG | : | CIVIL NO 3:13-CV-0296 (JCH) |
| v. | : | |
| LEO ARNONE, ET. AL. | : | OCTOBER 17, 2017 |

**RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-referenced action may be dismissed with prejudice and without costs.

| PLAINTIFF | DEFENDANTS |
|---|---|
| Lishan Wang | Leo Arnone, et al. |
| | GEORGE JEPSEN |
| | ATTORNEY GENERAL |

| | |
|---|---|
| By: /s/ Erick M. Sandler | By: /s/ Steven R. Strom |
| Stanley A. Twardy, Jr. | Steven R. Strom |
| Erick M. Sandler | Assistant Attorney General |
| Kaitlin A. Canty | 110 Sherman St. |
| Day Pitney LLP | Hartford, CT 06105 |
| 242 Trumbull Street | Fed Bar. No. ct01211 |
| Hartford, CT 06103 | Tel. 860-808-5450 |
| Tel.:860-275-0100 | Fax: 860-808-5591 |
| Fax: 860-275-0343 | steven.strom@ct.gov |
| satwardy@daypitney.com | |
| emsandler@daypitney.com | |
| kcanty@daypitney.com | |

## **CERTIFICATION**

I hereby certify that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Erick M. Sandler*
                                            Erick M. Sandler (ct25029)